IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) NELSON ALVAREZ-MENDOZA<br>Counts 1, 2, 3, 5, and 6-12<br>2) MELQUIADES ALVAREZ-MENDOZA<br>Counts 1, 2 and 4<br>3) NELMIC DE-LA-CRUZ-RAPOSO<br>Counts 7, 8, 14, 15, 16, 18, 19, 20, 22, 23, 24, 26, 27, 28, 29, 30 and 31<br>**4) WALFRIDO ENRIQUE PRIETO-NEGRON**<br>Counts 10, 11 and 13<br>5) ALEX O. CORDERO-CORTEZ<br>a/k/a Omar de-la-Cruz<br>Counts 14, 15, 17, 29, 30, and 32<br>6) BILLY HERNANDEZ<br>Counts 18, 19 and 21<br>7) CHRISTIAN A. NUNEZ-REVERON<br>a/k/a Kelvin Nunez<br>Counts 22, 23 and 25<br>8) FREDRICK SANTOS-ORTIZ<br>a/k/a Roberto Ortega<br>Counts 26, 27 and 28<br><br>Defendants | CRIMINAL 10-0354CCC |

# O R D E R

Having considered the Report and Recommendation filed on August 26, 2011 (**docket entry 247**) on a Rule 11 proceeding of defendant Walfrido E. Prieto-Negrón (4) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 25, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Walfrido E. Prieto-Negrón (4) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 25, 2011. The **sentencing hearing is set for December 1, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 31, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge